The Honorable Tana Lin

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DENNIS E. DAVIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SYMETRA LIFE INSURANCE COMPANY, an Iowa corporation,<br><br>Defendant. | NO. 2:21-cv-00533-TL<br><br>**STIPULATION AND JOINT MOTION TO MODIFY SCHEDULING ORDER AND PROPOSED ORDER**<br><br>**Noted on Motion Calendar: DECEMBER 8, 2022** |

Pursuant to Local Civil Rules 16(b)(6) and this Court's Standing Order for All Civil Cases, Section II(G), Plaintiff Dennis Davis and Defendant Symetra Life Insurance Company jointly and respectfully move this Court to modify the current scheduling orders at ECF Nos. 34 and 46.

Good cause exists for the modification and the Parties respectively request the Court consider the following modifications to the case schedule to address the complex and expert intensive nature of the action. The Parties are diligently pursuing discovery and completed rounds of written discovery and document productions. In an effort to keep discovery on track and successfully avoid unnecessary involvement of the Court in discovery disputes, the Parties have met and conferred on a weekly or biweekly basis regarding their respective discovery requests and continued to work cooperatively on providing information and documents on a rolling basis. The materials in the case are highly technical including

STIPULATION AND JOINT MOTION TO MODIFY SCHEDULING ORDER AND PROPOSED ORDER - 1
NO. 2:21-cv-00533-TL

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

actuarial studies and reports used in pricing the universal life insurance policies, policy level data for thousands of putative class members and information on policies that is historical (including over 60 hard copy boxes of initial policy filings with each state). Significant discovery remains as the parties embark on production of data, ESI and witnesses depositions.  Based on counsels' experience in similar class actions, counsel anticipate the need for early class expert discovery to as part of the Plaintiff's motion for class certification and Defendant's opposition to certification.

To accommodate the additional fact and expert discovery, the Parties met and conferred and jointly propose modifying the current case schedule by approximately six months as follows (the Parties have not previously requested any modifications to the Case Schedule):

| Current | | Proposed Modification | |
| --- | --- | --- | --- |
| **Event** | **Deadline** | **Event** | **Deadline** |
| All motions related to class discovery must be filed by the date | 4/17/2023<br><br>(ECF 46) | Unchanged | |
| All motions related to class discovery must be noted on the motion calendar no later than the Friday before discovery closes pursuant to LCR 7(d) or LCR 37(a)(2) | 5/12/2023<br><br>(ECF 34) | Unchanged | |
| Class Discovery completed by this date | 5/14/2023 (Sunday) | Unchanged | |

STIPULATION AND JOINT MOTION TO MODIFY SCHEDULING
ORDER AND PROPOSED ORDER - 2
NO. 2:21-cv-00533-TL

| Current | | Proposed Modification | |
|---|---|---|---|
| Event | Deadline | Event | Deadline |
| All dispositive motions and motions challenging expert witness testimony | 6/13/2023 | To be determined pending resolution of motion for class certification. | To be determined pending resolution of motion for class certification. |
| Motion for class certification due and noted on the Court's calendar for the fifth Friday thereafter | 12/15/2022 (ECF 34) | Deadline to file Plaintiff's motion for class certification and class expert disclosure | 6/15/2023 |
| Deadline for amended pleadings | 1/14/2023 (ECF 34) | Deadline for amended pleadings | 6/15/2023 |
| Reports from expert witnesses under FRCP 26(a)(2) | 3/15/2023 (ECF 34) | Reports from Plaintiff's expert witnesses under FRCP 26(a)(2) for use in support of class certification | 6/15/2023 |
| N/A | N/A | Deadline to file Defendant's opposition to Plaintiff's motion for class certification and any objection to Plaintiff's experts | 8/14/2023 |
| N/A | N/A | Reports from Defendant's expert witnesses under FRCP 26(a)(2) | 8/14/2023 |

STIPULATION AND JOINT MOTION TO MODIFY SCHEDULING
ORDER AND PROPOSED ORDER - 3
NO. 2:21-cv-00533-TL

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

| Current | | Proposed Modification | |
|---|---|---|---|
| Event | Deadline | Event | Deadline |
| N/A | N/A | Deadline to file Plaintiff's reply brief in support of class certification motion and any objection to Defendant's experts | 9/29/2023 |
| N/A | N/A | Rebuttal reports from Plaintiff's expert witnesses under FRCP 26(a)(2) for use in support of class certification | 9/29/2023 |
| Settlement Conference, if mediation has been requested by the parties per LCR 39.1, held no later than | 7/18/2023 (ECF 46) | | 10/31/2023 |
| Mediation per LCR 39.1, if requested by the parties, held no later than | 8/17/2023 (ECF 46) | | 11/30/2023 |
| All motions in limine must be filed by | 9/11/2023 (ECF 46) | All other case deadlines, including expert discovery cutoff, last day to file dispositive motion, and trial date, to be determined after the Court's issuance of its decision on plaintiff's class certification. Notwithstanding the foregoing, parties may file any dispositive motion early. Parties will meet and confer within 21 days of the Court's class certification ruling and submit a joint proposed schedule for the Court's consideration. | |
| Agreed L.R. 16.1 pretrial order due | 9/25/2023 (ECF 46) | | |

STIPULATION AND JOINT MOTION TO MODIFY SCHEDULING ORDER AND PROPOSED ORDER - 4
NO. 2:21-cv-00533-TL

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

| Current | | Proposed Modification | |
|---|---|---|---|
| Event | Deadline | Event | Deadline |
| Trial briefs, proposed voir dire questions, proposed jury instructions, deposition designations, and exhibit lists due by this date. Counsel are to confer and indicate with their submissions which exhibits are agreed to. | 10/2/2023 (ECF 46) | | |
| Pretrial Conference scheduled for 9:30am | 10/10/2023 (ECF 46) | | |
| Jury Trial Set for 9:00am (10 days) | 10/16/2023 (ECF 46) | | |

The Parties believe that phasing the litigation as addressed above will allow the Parties to best address all of the complex issues in the matter and most efficiently present the case to the Court. It is the expectation of the Parties that the proposed schedule will narrow the issues remaining, if any, for trial. Accordingly, the Parties respectfully ask that the Court enter the above stipulated schedule.

\\\

\\\

\\\

\\\

STIPULATION AND JOINT MOTION TO MODIFY SCHEDULING ORDER AND PROPOSED ORDER - 5
NO. 2:21-cv-00533-TL

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

DATED this 8th day of December 2022.

| | |
|---|---|
| **TOUSLEY BRAIN STEPHENS PLLC** | **WILLKIE FARR & GALLAGHER LLP** |
| /s/ *Kim D. Stephens* | /s/ *Laura Geist* |
| Kim D. Stephens, P.S., WSBA #11984 | Laura Geist, *pro hac vice* |
| Rebecca L. Solomon, WSBA #51520 | **Willkie Farr & Gallagher LLP** |
| 1200 Fifth Avenue, Suite 1700 | One Front Street |
| Seattle, Washington 98101 | San Francisco, CA 94111 |
| Tel: 206-682-5600 | Tel: (415) 858-7400 |
| Fax: 206-682-2992 | Fax: (415) 858-7599 |
| kstephens@tousley.com | Email: lgeist@willkie.com |
| rsolomon@tousley.com | |
| | |
| **STUEVE SIEGEL HANSON LLP** | **KARR TUTTLE CAMPBELL** |
| Patrick J. Stueve (admitted *pro hac vice*) | |
| Lindsay Todd Perkins (admitted *pro hac vice*) | /s/ *Medora A. Marisseau* |
| Ethan M. Lange (admitted *pro hac vice*) | Medora A. Marisseau, WSBA No. 23114 |
| David A. Hickey (admitted *pro hac vice*) | 701 Fifth Ave., Ste. 3300 |
| 460 Nichols Road Ste. 200 | Seattle, WA 98104 |
| Kansas City, MO 64112 | Tel: (206) 223-1313 |
| Tel: 816-714-7100 | Fax: (206) 682-7100 |
| Fax: 816-714-7101 | Email: mmarisseau@karrtuttle.com |
| siegel@stuevesiegel.com | |
| perkins@stuevesiegel.com | *Attorney for Defendant SYMETRA LIFE* |
| lange@stuevesiegel.com | *INSURANCE COMPANY* |
| hickey@stuevesiegel.com | |

**MILLER SCHIRGER, LLC**
John J. Schirger (admitted *pro hac vice*)
Matthew W. Lytle (admitted *pro hac vice*)
Joseph M. Feierabend (admitted *pro hac vice*)
MILLER SCHIRGER, LLC
4520 Main Street Ste. 1570
Kansas City, MO 64111
Tel: 816-561-6500
Fax: 816-561-6501
jschirger@millerschirger.com
mlytle@millerschirger.com
jfeierabend@millerschirger.com

*Counsel for Plaintiff Dennis E. Davis*

STIPULATION AND JOINT MOTION TO MODIFY SCHEDULING ORDER AND PROPOSED ORDER - 6
NO. 2:21-cv-00533-TL

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

## ORDER

Pursuant to the parties' joint motion to modify scheduling order, the parties' joint proposed schedule is ADOPTED, as set forth below.

| Event | Deadline |
|---|---|
| All motions related to class discovery must be filed by the date | 4/17/2023 |
| All motions related to class discovery must be noted on the motion calendar no later than the Friday before discovery closes pursuant to LCR 7(d) or LCR 37(a)(2) | 5/12/2023 |
| Class Discovery completed by this date | 5/14/2023 |
| Deadline to file Plaintiff's motion for class certification and class expert disclosure | 6/15/2023 |
| Deadline for amended pleadings | 6/15/2023 |
| Reports from Plaintiff's expert witnesses under FRCP 26(a)(2) for use in support of class certification | 6/15/2023 |
| Deadline to file Defendant's opposition to Plaintiff's motion for class certification and any objection to Plaintiff's experts | 8/14/2023 |
| Reports from Defendant's expert witnesses under FRCP 26(a)(2) | 8/14/2023 |
| Deadline to file Plaintiff's reply brief in support of class certification motion and any objection to Defendant's experts | 9/29/2023 |
| Rebuttal reports from Plaintiff's expert witnesses under FRCP 26(a)(2) for use in support of class certification | 9/29/2023 |
| Settlement Conference, if mediation has been requested by the parties per LCR 39.1, held no later than | 10/31/2023 |
| Mediation per LCR 39.1, if requested by the parties, held no later than | 11/30/2023 |

All other case deadlines, including expert discovery cutoff, last day to file dispositive motion, and trial date are hereby VACATED and will be determined after the Court's issuance of its decision on plaintiff's motion for class certification. Notwithstanding the foregoing, parties may file any dispositive motion early. The Parties are ORDERED to meet and confer within 21

STIPULATION AND JOINT MOTION TO MODIFY SCHEDULING ORDER AND PROPOSED ORDER - 7
NO. 2:21-cv-00533-TL

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

1  days of the Court's class certification ruling and submit a joint proposed schedule for the
2  Court's consideration.

3
4  IT IS SO ORDERED.
5
6  Dated this 9th day of December, 2022
7
8
9  Tana Lin
   United States District Judge
10

STIPULATION AND JOINT MOTION TO MODIFY SCHEDULING
ORDER AND PROPOSED ORDER - 8
NO. 2:21-cv-00533-TL

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992