Hon. Tana Lin

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DENNIS E. DAVIS, individually and on behalf of all others similarly situated,

Plaintiff,

v.

SYMETRA LIFE INSURANCE COMPANY,

Defendant.

Case No.  2:21-CV-00533-TL

**STIPULATION AND JOINT MOTION TO MODIFY SCHEDULING ORDER AND PROPOSED ORDER**

**Noted on Motion Calendar: 5/12/2023**

Pursuant to Local Civil Rules 16(b)(6) and this Court's Standing Order for All Civil Cases, Section II(G), Plaintiff Dennis Davis and Defendant Symetra Life Insurance Company jointly and respectfully move this Court to modify the current scheduling orders at ECF No. 49.

Good cause exists for the modification and the Parties respectively request the Court consider the following modifications to the case schedule. The Parties are diligently pursuing discovery and completed rounds of written discovery and document production. Symetra has also taken the Plaintiff's deposition and produced requested policy data. The Parties are proceeding with ESI review and production, which, due to the nature of the case, is voluminous. The case seeks information and documents from 1982 to the present.  Symetra also encountered unexpected technical difficulties with the ESI that has prolonged its processing. Symetra has kept the Plaintiff informed about its ESI progress, and the Parties have been working cooperatively to push through this phase of this discovery. Symetra is working to complete production of the ESI by July 28, 2023 or as soon as practicable thereafter. Due to the unexpected delay and volume of the ESI, and in anticipation of Symetra's forthcoming ESI productions, the parties have conferred and agreed that an extension of the current case schedule is necessary so that the parties can get through review and production of ESI and further corporate representative depositions.

To accommodate the additional fact and expert discovery, the Parties met and conferred and jointly propose modifying the current case schedule by approximately 90 days as follows:

| Event | Current Deadline (ECF 49) | Proposed Deadline |
|---|---|---|
| All motions related to class discovery must be filed by the date | 4/17/2023 | 7/28/2023 |

| Event | Current Deadline (ECF 49) | Proposed Deadline |
|---|---|---|
| All motions related to class discovery must be noted on the motion calendar no later than the Friday before discovery closes pursuant to LCR 7(d) or LCR 37(a)(2) | 5/12/2023 | 8/25/2023 |
| Class Discovery completed by this date | 5/14/2023 | 8/31/2023 |
| Deadline to file Plaintiff's motion for class certifications and class expert disclosure | 6/15/2023 | 10/10/2023 |
| Deadline for amended pleadings | 6/15/2023 | 10/10/2023 |
| Reports from Plaintiff's expert witnesses under FCP 26(a)(2) for use in support of class certification | 6/15/2023 | 10/10/2023 |
| Deadline to file Defendant's opposition to Plaintiff's motion for class certification and any objections to Plaintiff's experts | 8/14/2023 | 12/13/2023 |
| Reports from Defendant's expert witnesses under FRCP 26(a)(2) | 8/14/2023 | 12/13/2023 |
| Deadline to file Plaintiff's Reply brief in support of class certification motion and any objection to Defendant's experts | 9/29/2023 | 1/26/2024 |
| Rebuttal reports from Plaintiff's expert witnesses under FRCP 26(a)(2) for use in support of class certification | 9/29/2023 | 1/26/2024 |
| Settlement Conference, if mediation has been requested by the parties per LCR 39.1, held no later than | 10/31/2023 | 3/15/2024 |
| Mediation per LCR 39.1, if requested by the parties, held no later than | 11/30/2023 | 4/19/2024 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The Parties also agree with this Court's order vacating all other deadlines, including expert discovery cutoff, last day for dispositive motion, and trial date, until after Court's issuance of its decision on plaintiff's motion for class certification. The Parties continue to believe that phasing the litigation as addressed above will allow the Parties to most efficiently present the case to the Court.  It is the expectation of the Parties that the proposed schedule will narrow the issues remaining, if any, for trial. Accordingly, the Parties respectfully ask that the Court enter the above stipulated schedule.

Dated this 12th day of May, 2023          WILLKIE FARR & GALLAHER LLP

**TOUSLEY BRAIN STEPHENS PLLC**

By: /s/ *Rebecca Solomon*                    By:   /s/ *Laura Geist*
Kim D. Stephens, P.S., WSBA #11984                 Laura Geist, *pro hac vice*
Rebecca L. Solomon, WSBA #51520
1200 Fifth Avenue, Suite 1700                Willkie Farr & Gallagher LLP
Seattle, Washington 98101                    One Front Street
Tel: 206-682-5600                            San Francisco, CA 94111
Fax: 206-682-2992                            Tel: (415) 858-7400
kstephens@tousley.com                        Fax: (415) 858-7599
rsolomon@tousley.com                         Email: lgeist@willkie.com

**STUEVE SIEGEL HANSON LLP**                 By:   /s/ *Medora A. Marisseau*
Patrick J. Stueve (admitted *pro hac vice*)        Medora A. Marisseau, WSBA No. 23114
Lindsay Todd Perkins (admitted *pro hac vice*)
Ethan M. Lange (admitted *pro hac vice*)     Karr Tuttle Campbell
David A. Hickey (admitted *pro hac vice*)    701 Fifth Ave., Ste. 3300
460 Nichols Road Ste. 200                    Seattle, WA 98104
Kansas City, MO 64112                        Tel: (206) 223-1313
Tel: 816-714-7100                            Fax: (206) 682-7100
Fax: 816-714-7101                            Email: mmarisseau@karrtuttle.com
siegel@stuevesiegel.com
perkins@stuevesiegel.com                     Attorney for Defendant SYMETRA
lange@stuevesiegel.com                       LIFE INSURANCE COMPANY
hickey@stuevesiegel.com

**MILLER SCHIRGER, LLC**
John J. Schirger (admitted *pro hac vice*)
Matthew W. Lytle (admitted *pro hac vice*)
Joseph M. Feierabend (admitted *pro hac vice*)
MILLER SCHIRGER, LLC
4520 Main Street Ste. 1570
Kansas City, MO 64111
Tel: 816-561-6500
Fax: 816-561-6501
jschirger@millerschirger.com
mlytle@millerschirger.com
jfeierabend@millerschirger.com

*Counsel for Plaintiff Dennis E. Davis*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

Pursuant to the parties' joint motion to modify scheduling order, the parties' joint proposed schedule is adopted, as set forth below.

| Event | Deadline |
|---|---|
| All motions related to class discovery must be filed by the date | 7/28/2023 |
| All motions related to class discovery must be noted on the motion calendar no later than the Friday before discovery closes pursuant to LCR 7(d) or LCR 37(a)(2) | 8/25/2023 |
| Class Discovery completed by this date | 8/31/2023 |
| Deadline to file Plaintiff's motion for class certification and class expert disclosure | 10/10/2023 |
| Deadline for amended pleadings | 10/10/2023 |
| Reports from Plaintiff's expert witnesses under FRCP 26(a)(2) for use in support of class certification | 10/10/2023 |
| Deadline to file Defendant's opposition to Plaintiff's motion for class certification and any objection to Plaintiff's experts | 12/13/2023 |
| Reports from Defendant's expert witnesses under FRCP 26(a)(2) | 12/13/2023 |
| Deadline to file Plaintiff's reply brief in support of class certification motion and any objection to Defendant's experts | 1/26/2024 |
| Rebuttal reports from Plaintiff's expert witnesses under FRCP 26(a)(2) for use in support of class certification | 1/26/2024 |
| Settlement Conference, if mediation has been requested by the parties per LCR 39.1, held no later than | 3/15/2024 |
| Mediation per LCR 39.1, if requested by the parties, held no later than | 4/19/2024 |

All other case deadlines, including expert discovery cutoff, last day to file dispositive motion, and trial date are hereby vacated and will be determined after the Court's issuance of its decision on plaintiff's motion for class certification. Notwithstanding the foregoing, parties may file any dispositive motion early. The Parties are ordered to meet and confer within 21 days of

1   the Court's class certification ruling and submit a joint proposed schedule for the Court's

2   consideration.

3

4   IT IS SO ORDERED.

5

6   Dated this 15th day of May 2023.

7

8                                               _____
9                                               Tana Lin
10                                              United States District Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28