Hon. Tana Lin

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DENNIS E. DAVIS, individually and on behalf of all others similarly situated,

           Plaintiff,

  v.

SYMETRA LIFE INSURANCE COMPANY,

           Defendant.

Case No. 2:21-CV-00533-TL

**STIPULATION AND JOINT MOTION TO MODIFY SCHEDULING ORDER AND PROPOSED ORDER**

**Noted on Motion Calendar: 7/28/2023**

Pursuant to Local Civil Rules 16(b)(6) and this Court's Standing Order for All Civil Cases, Section II(G), Plaintiff Dennis Davis and Defendant Symetra Life Insurance Company jointly and respectfully move this Court to modify the current scheduling orders at ECF No. 52.

Good cause exists for the modification and the Parties respectively request the Court consider the following modifications to the case schedule. The Parties are diligently pursuing discovery and completed rounds of written discovery and document production. Symetra has also taken the Plaintiff's deposition and produced requested policy data. The Parties are proceeding with ESI review and production, which, due to the nature of the case, is voluminous. The case seeks information and documents from 1982 to the present. Symetra also encountered unexpected technical difficulties with the ESI that has prolonged its processing. Symetra has kept the Plaintiff informed about its ESI progress, and the Parties have been working cooperatively to push through this phase of this discovery. Symetra anticipated completing production of the ESI by July 28, 2023, and has produced about 14,000 pages of ESI documents to date, but still has significant additional materials to produce. Symetra anticipates completing its ESI production next week, and can commit to finishing its ESI production no later than August 11, 2023. Additionally, Symetra is currently drafting a supplement to its interrogatory responses following an extensive meet-and-confer process with Plaintiff, but due to various scheduling issues has not yet been able to finalize and serve the verified supplemental responses. Symetra hopes to provide it sooner, but will serve the verified supplemental responses no later than August 18, 2023. Due to the unexpected delay described above, and in anticipation of Symetra's further ESI production and discovery supplementation, the Parties have conferred and agreed that an extension of the current case schedule is necessary so that the Parties can review the ESI productions and determine whether any additional discovery or discovery disputes remain regarding the ESI, review the supplemental interrogatory responses and determine whether any further disputes regarding the responses remain, and conduct corporate representative depositions prior to the deadline for completion of class discovery.

To accommodate the ongoing and upcoming class discovery, the Parties met and conferred and jointly propose modifying the current case schedule to extend the current deadlines by six weeks as follows:

| Event | Current Deadline (ECF 52) | Proposed Deadline |
|---|---|---|
| Symetra to complete production of agreed-upon ESI documents no later than | N/A | August 11, 2023 |
| Symetra to serve verified supplemental interrogatory responses no later than | N/A | August 18, 2023 |
| All motions related to class discovery must be filed by the date | July 28, 2023 | September 8, 2023 |
| All motions related to class discovery must be noted on the motion calendar no later than the Friday before discovery closes pursuant to LCR 7(d) or LCR 37(a)(2) | August 25, 2023 | October 6, 2023 |
| Class Discovery completed by this date | August 31, 2023 | October 12, 2023 |
| Deadline to file Plaintiff's motion for class certifications and class expert disclosure | October 10, 2023 | November 21, 2023 |
| Deadline for amended pleadings | October 10, 2023 | November 21, 2023 |
| Reports from Plaintiff's expert witnesses under FCP 26(a)(2) for use in support of class certification | October 10, 2023 | November 21, 2023 |
| Deadline to file Defendant's opposition to Plaintiff's motion for class certification and any objections to Plaintiff's experts | December 13, 2023 | January 24, 2024 |
| Reports from Defendant's expert witnesses under FRCP 26(a)(2) | December 13, 2023 | January 24, 2024 |
| Deadline to file Plaintiff's Reply brief in support of class certification motion and any objection to Defendant's experts | January 26, 2024 | March 8, 2024 |
| Rebuttal reports from Plaintiff's expert witnesses under FRCP 26(a)(2) for use in support of class certification | January 26, 2024 | March 8, 2024 |

| Event | Current Deadline (ECF 52) | Proposed Deadline |
|---|---|---|
| Settlement Conference, if mediation has been requested by the parties per LCR 39.1, held no later than | March 15, 2024 | April 26, 2024 |
| Mediation per LCR 39.1, if requested by the parties, held no later than | April 19, 2024 | May 31, 2024 |

It is the expectation of the Parties that the proposed schedule will narrow the issues remaining, if any, for trial. Accordingly, the Parties respectfully ask that the Court enter the above stipulated schedule.

Dated this 28th day of July, 2023

| | |
|---|---|
| **TOUSLEY BRAIN STEPHENS PLLC** | **WILLKIE FARR & GALLAHER LLP** |
| By: */s/Kim D. Stephens*<br>Kim D. Stephens, P.S., WSBA #11984<br>Rebecca L. Solomon, WSBA #51520<br>1200 Fifth Avenue, Suite 1700<br>Seattle, Washington 98101<br>Tel: 206-682-5600<br>Fax: 206-682-2992<br>kstephens@tousley.com<br>rsolomon@tousley.com | By:  */s/ Laura Geist*<br>     Laura Geist, *pro hac vice*<br><br>Willkie Farr & Gallagher LLP<br>One Front Street<br>San Francisco, CA 94111<br>Tel: (415) 858-7400<br>Fax: (415) 858-7599<br>Email: lgeist@willkie.com |
| **STUEVE SIEGEL HANSON LLP**<br>Patrick J. Stueve (admitted *pro hac vice*)<br>Lindsay Todd Perkins (admitted *pro hac vice*)<br>Ethan M. Lange (admitted *pro hac vice*)<br>David A. Hickey (admitted *pro hac vice*)<br>460 Nichols Road Ste. 200<br>Kansas City, MO 64112<br>Tel: 816-714-7100<br>Fax: 816-714-7101<br>siegel@stuevesiegel.com<br>perkins@stuevesiegel.com<br>lange@stuevesiegel.com<br>hickey@stuevesiegel.com | Medora A. Marisseau, WSBA No. 23114<br><br>Karr Tuttle Campbell<br>701 Fifth Ave., Ste. 3300<br>Seattle, WA 98104<br>Tel: (206) 223-1313<br>Fax: (206) 682-7100<br>Email: mmarisseau@karrtuttle.com<br><br>Attorney for Defendant SYMETRA<br>LIFE INSURANCE COMPANY |
| **MILLER SCHIRGER, LLC**<br>John J. Schirger (admitted *pro hac vice*)<br>Matthew W. Lytle (admitted *pro hac vice*)<br>Joseph M. Feierabend (admitted *pro hac vice*)<br>MILLER SCHIRGER, LLC<br>4520 Main Street Ste. 1570<br>Kansas City, MO 64111<br>Tel: 816-561-6500<br>Fax: 816-561-6501<br>jschirger@millerschirger.com<br>mlytle@millerschirger.com<br>jfeierabend@millerschirger.com | |

*Counsel for Plaintiff Dennis E. Davis*

## ~~[PROPOSED]~~ ORDER

Pursuant to the parties' joint motion to modify scheduling order, the parties' joint proposed schedule is adopted, as set forth below.

| Event | Deadline |
| --- | --- |
| Symetra to complete production of agreed-upon ESI documents no later than | August 11, 2023 |
| Symetra to serve verified supplemental interrogatory responses no later than | August 18, 2023 |
| All motions related to class discovery must be filed by the date | September 8, 2023 |
| All motions related to class discovery must be noted on the motion calendar no later than the Friday before discovery closes pursuant to LCR 7(d) or LCR 37(a)(2) | October 6, 2023 |
| Class Discovery completed by this date | October 12, 2023 |
| Deadline to file Plaintiff's motion for class certifications and class expert disclosure | November 21, 2023 |
| Deadline for amended pleadings | November 21, 2023 |
| Reports from Plaintiff's expert witnesses under FCP 26(a)(2) for use in support of class certification | November 21, 2023 |
| Deadline to file Defendant's opposition to Plaintiff's motion for class certification and any objections to Plaintiff's experts | January 24, 2024 |
| Reports from Defendant's expert witnesses under FRCP 26(a)(2) | January 24, 2024 |
| Deadline to file Plaintiff's Reply brief in support of class certification motion and any objection to Defendant's experts | March 8, 2024 |
| Rebuttal reports from Plaintiff's expert witnesses under FRCP 26(a)(2) for use in support of class certification | March 8, 2024 |
| Settlement Conference, if mediation has been requested by the parties per LCR 39.1, held no later than | April 26, 2024 |
| Mediation per LCR 39.1, if requested by the parties, held no later than | May 31, 2024 |

All other case deadlines, including expert discovery cutoff, last day to file dispositive motion, and trial date will be determined after the Court's issuance of its decision on plaintiff's motion for class certification. Notwithstanding the foregoing, parties may file any dispositive

motion early. The Parties are ordered to meet and confer within 21 days of the Court's class certification ruling and submit a joint proposed schedule for the Court's consideration.

IT IS SO ORDERED.

Dated this 31st day of July, 2023.

Tana Lin
United States District Judge