Hon. Kymberly K. Evanson

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DENNIS E. DAVIS, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>SYMETRA LIFE INSURANCE COMPANY,<br><br>　　　　　　　　Defendant. | Case No.  2:21-cv-00533-KKE<br><br>**STIPULATION AND JOINT MOTION TO MODIFY SCHEDULING ORDER AND ORDER**<br><br>**Noted on Motion Calendar: 10/10/2023** |

DENNIS E. DAVIS V. SYMETRA LIFE INSURANCE COMPANY
No. 2:21-cv-00533-KKE
[Stip. & Joint Mot. to Modify Scheduling Order] – Page 1

**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101

Pursuant to Local Civil Rules 16(b)(6), Plaintiff Dennis Davis and Defendant Symetra Life Insurance Company jointly and respectfully move this Court to modify the current scheduling orders at ECF No. 54.

Good cause exists for the modification and the Parties respectively request the Court consider the following modifications to the case schedule. The Parties are diligently pursuing discovery and completed rounds of written discovery and document production. Symetra has taken the Plaintiff's deposition and produced requested policy data. Additionally, Symetra has completed its voluminous, agreed-upon ESI production and provided its supplemental interrogatory responses. The Parties have been working cooperatively to push through this phase of this discovery. The Parties have also agreed to conduct a deposition of Symetra pursuant to Rule 30(b)(6). The Parties are currently conferring on the scope of certain topics as well as attempting to reach agreements that may streamline discovery into certain technical topics, like policyholder data. Due to witness availability and with the goal of reaching further agreement on certain 30(b)(6) topics, the Parties propose to conduct the 30(b)(6) deposition in the last week of October or the first week of November. To accommodate this ongoing and upcoming class discovery, the Parties met and conferred and jointly propose modifying the current case schedule to extend the current deadlines by four weeks as follows:

| Event | Current Deadline (ECF 54) | Proposed Deadline |
|---|---|---|
| Class Discovery completed by this date | Thursday, October 12, 2023 | Thursday, November 09, 2023 |
| Deadline to file Plaintiff's motion for class certifications and class expert disclosure | Tuesday, November 21, 2023 | Tuesday, December 19, 2023 |
| Deadline for amended pleadings | Tuesday, November 21, 2023 | Tuesday, December 19, 2023 |
| Reports from Plaintiff's expert witnesses under FRCP 26(a)(2) for use in support of class certification | Tuesday, November 21, 2023 | Tuesday, December 19, 2023 |

DENNIS E. DAVIS V. SYMETRA LIFE INSURANCE COMPANY
No. 2:21-cv-00533-KKE
[Stip. & Joint Mot. to Modify Scheduling Order] – Page 2

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101

| Event | Current Deadline (ECF 54) | Proposed Deadline |
|---|---|---|
| Deadline to file Defendant's opposition to Plaintiff's motion for class certification and any objections to Plaintiff's experts | Wed., January 24, 2024 | Wed., February 21, 2024 |
| Reports from Defendant's expert witnesses under FRCP 26(a)(2) | Wed., January 24, 2024 | Wed., February 21, 2024 |
| Deadline to file Plaintiff's Reply brief in support of class certification motion and any objection to Defendant's experts | Friday, March 08, 2024 | Friday, April 05, 2024 |
| Rebuttal reports from Plaintiff's expert witnesses under FRCP 26(a)(2) for use in support of class certification | Friday, March 08, 2024 | Friday, April 05, 2024 |
| Settlement Conference, if mediation has been requested by the parties per LCR 39.1, held no later than | Friday, April 26, 2024 | Friday, May 24, 2024 |
| Mediation per LCR 39.1, if requested by the parties, held no later than | Friday, May 31, 2024 | Friday, June 28, 2024 |

It is the expectation of the Parties that the proposed schedule will narrow the issues and discovery remaining, if any, for trial. Accordingly, the Parties respectfully ask that the Court enter the above stipulated schedule.

DENNIS E. DAVIS V. SYMETRA LIFE INSURANCE COMPANY
No. 2:21-cv-00533-KKE
[Stip. & Joint Mot. to Modify Scheduling Order] – Page 3

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101

Dated this 9th day of October, 2023

| | |
|---|---|
| **TOUSLEY BRAIN STEPHENS PLLC** | **WILLKIE FARR & GALLAHER LLP** |
| By: /s/ *Kim D. Stephens, P.S.*<br>Kim D. Stephens, P.S., WSBA #11984<br>Rebecca L. Solomon, WSBA #51520<br>1200 Fifth Avenue, Suite 1700<br>Seattle, Washington 98101<br>Tel: 206-682-5600<br>Fax: 206-682-2992<br>kstephens@tousley.com<br>rsolomon@tousley.com | By:   */s/ Laura Geist*<br>        Laura Geist, *pro hac vice*<br><br>Willkie Farr & Gallagher LLP<br>One Front Street<br>San Francisco, CA 94111<br>Tel: (415) 858-7400<br>Fax: (415) 858-7599<br>Email: lgeist@willkie.com |
| **STUEVE SIEGEL HANSON LLP**<br>Patrick J. Stueve (admitted *pro hac vice*)<br>Lindsay Todd Perkins (admitted *pro hac vice*)<br>Ethan M. Lange (admitted *pro hac vice*)<br>David A. Hickey (admitted *pro hac vice*)<br>460 Nichols Road Ste. 200<br>Kansas City, MO 64112<br>Tel: 816-714-7100<br>Fax: 816-714-7101<br>siegel@stuevesiegel.com<br>perkins@stuevesiegel.com<br>lange@stuevesiegel.com<br>hickey@stuevesiegel.com | Medora A. Marisseau, WSBA No. 23114<br><br>**Karr Tuttle Campbell**<br>701 Fifth Ave., Ste. 3300<br>Seattle, WA 98104<br>Tel: (206) 223-1313<br>Fax: (206) 682-7100<br>Email: mmarisseau@karrtuttle.com<br><br>*Attorney for Defendant SYMETRA LIFE INSURANCE COMPANY* |
| **MILLER SCHIRGER, LLC**<br>John J. Schirger (admitted *pro hac vice*)<br>Matthew W. Lytle (admitted *pro hac vice*)<br>Joseph M. Feierabend (admitted *pro hac vice*)<br>MILLER SCHIRGER, LLC<br>4520 Main Street Ste. 1570<br>Kansas City, MO 64111<br>Tel: 816-561-6500<br>Fax: 816-561-6501<br>jschirger@millerschirger.com<br>mlytle@millerschirger.com<br>jfeierabend@millerschirger.com | |

*Counsel for Plaintiff Dennis E. Davis*

DENNIS E. DAVIS V. SYMETRA LIFE INSURANCE COMPANY
No. 2:21-cv-00533-KKE
[Stip. & Joint Mot. to Modify Scheduling Order] – Page 4

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101

# ORDER

Pursuant to the Parties' joint motion to modify scheduling order, the Parties' joint proposed schedule is adopted, as set forth below.

| Event | Proposed Deadline |
|---|---|
| Class Discovery completed by this date | Thursday, November 09, 2023 |
| Deadline to file Plaintiff's motion for class certifications and class expert disclosure | Tuesday, December 19, 2023 |
| Deadline for amended pleadings | Tuesday, December 19, 2023 |
| Reports from Plaintiff's expert witnesses under FCP 26(a)(2) for use in support of class certification | Tuesday, December 19, 2023 |
| Deadline to file Defendant's opposition to Plaintiff's motion for class certification and any objections to Plaintiff's experts | Wed., February 21, 2024 |
| Reports from Defendant's expert witnesses under FRCP 26(a)(2) | Wed., February 21, 2024 |
| Deadline to file Plaintiff's Reply brief in support of class certification motion and any objection to Defendant's experts | Friday, April 05, 2024 |
| Rebuttal reports from Plaintiff's expert witnesses under FRCP 26(a)(2) for use in support of class certification | Friday, April 05, 2024 |
| Settlement Conference, if mediation has been requested by the parties per LCR 39.1, held no later than | Friday, May 24, 2024 |
| Mediation per LCR 39.1, if requested by the parties, held no later than | Friday, June 28, 2024 |

DENNIS E. DAVIS V. SYMETRA LIFE INSURANCE COMPANY
No. 2:21-cv-00533-KKE
[Stip. & Joint Mot. to Modify Scheduling Order] – Page 5

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101

All other case deadlines, including expert discovery cutoff, last day to file dispositive motion, and trial date will be determined after the Court's issuance of its decision on plaintiff's motion for class certification. Notwithstanding the foregoing, parties may file any dispositive motion early. The Parties are ordered to meet and confer within 21 days of the Court's class certification ruling and submit a joint proposed schedule for the Court's consideration.

IT IS SO ORDERED.

Dated this 10th day of October 2023

*Kymberly K. Evanson*
_____
Kymberly K. Evanson
United States District Judge

DENNIS E. DAVIS V. SYMETRA LIFE INSURANCE COMPANY
No. 2:21-cv-00533-KKE
[Stip. & Joint Mot. to Modify Scheduling Order] – Page 6

**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101