Hon. Kymberly K. Evanson

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DENNIS E. DAVIS, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>   v.<br><br>SYMETRA LIFE INSURANCE COMPANY,<br><br>                Defendant. | Case No.  2:21-cv-00533-KKE<br><br>**STIPULATION AND JOINT MOTION TO MODIFY SCHEDULING ORDER AND PROPOSED ORDER**<br><br>**Noted on Motion Calendar: 3/20/2024** |

DENNIS E. DAVIS V. SYMETRA LIFE INSURANCE COMPANY
No. 2:21-cv-00533-KKE
Stip. & Joint Mot. to Modify Scheduling Order – Page 1

**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101

Pursuant to Rule 16(b)(4), LCR 16(b), and this Court's Chambers Procedures for Civil Cases, Plaintiff Dennis Davis and Defendant Symetra Life Insurance Company jointly and respectfully move this Court to enter a briefing schedule relating to Symetra's forthcoming motion for summary judgment and to modify the current scheduling order at ECF No. 57.

Symetra intends to file its motion for summary judgment on March 28, 2024. While this Court's Chambers Procedures section III encourages the Parties to coordinate cross-motions on summary judgment, Plaintiff does not intend to file an early motion for summary judgment, both because the one-way intervention rule, which Symetra has confirmed it will not waive, precludes a ruling on any motion for summary judgment by Plaintiff until after this Court's ruling on class certification and any opt-out period expires, *see, e.g.*, *Centeno v. Quigley*, No. C14-200 MJP, 2015 WL 432537, at *2–3 (W.D. Wash. Feb. 2, 2015), and because it would be inefficient for Plaintiff to move affirmatively for summary judgment in favor of the putative class, prior to a ruling that determines the actual scope of the class. Accordingly, while Plaintiff is not moving for summary judgment at this time, he reserves his right to do so at the appropriate time. Plaintiff does not object to Symetra filing a motion for summary judgment *now* but would object to Symetra *later* filing another motion for summary judgment absent good cause if the grounds for the later summary judgment motion were available to it at the time it first moved for summary judgment. *See, e.g.*, LCR 7(e)(3). Symetra believes Plaintiff's objection is premature and, in any event, does not concede to Plaintiff's objection. The Court, however, need not resolve this issue at this juncture.

Good cause exists for the modification. Symetra believes that it will likely need three weeks to adequately and thoroughly prepare its reply briefs in support of its motions to exclude expert opinion (ECF No. 81) and for summary judgment, beyond the four days ordinarily provided by LCR 7(d). Plaintiff does not object to this extension of time but requests that Plaintiff's reply brief in support of class certification remain due on the same day as Symetra's reply in support of its motion to exclude Plaintiff's expert opinion supporting class certification. Additionally, due to the overlapping briefing schedules, the Parties request that the usual deadlines for dispositive motions be altered slightly to minimize concurrent briefing obligations on either Party. Moreover, the

DENNIS E. DAVIS V. SYMETRA LIFE INSURANCE COMPANY
No. 2:21-cv-00533-KKE
Stip. & Joint Mot. to Modify Scheduling Order – Page 2

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101

Parties contend that extending these deadlines now through a comprehensive stipulation, rather than potentially seeking piecemeal extensions, will promote orderly and efficient briefing and avoid the potential for last-minute requests to modify.

Additionally, because under the present schedule Plaintiff's reply in support of motion for class certification is due on the same day as Symetra's reply in support of its motion to exclude expert opinion and because these motions will inherently be considered together, the Parties request that Plaintiff's deadline to file his reply in support of class certification should be extended to coincide with Symetra's deadline to file its reply in support of its motion to exclude expert opinion. This modification is in the interest of basic fairness and will eliminate any possibility or appearance that either party is using reply briefs to address improper sur-reply arguments. Because all other deadlines are to be determined after the Court issues its decision on Plaintiff's motion for class certification, this modification and briefing schedule will not meaningfully impact other case deadlines. To accommodate the orderly and thorough briefing of these three important motions, the Parties met and conferred and jointly propose modifying the current case schedule as follows:

| Event | Current Deadline (ECF 57) | Proposed Deadline |
|---|---|---|
| Deadline to file Defendant's motion for summary judgment | None. | Thursday, March 28, 2024 |
| Deadline to file Plaintiff's opposition to motion to exclude expert opinion (ECF 81) | Monday, April 1, 2024 | Monday, April 1, 2024 (unchanged) |
| Deadline to file Defendant's Reply brief in support of motion to exclude expert opinion (ECF 81) | Friday, April 5, 2024 | Monday, April 22, 2024 |
| Deadline to file Plaintiff's Reply brief in support of class certification motion and any objection to Defendant's experts | Friday, April 5, 2024 | Monday, April 22, 2024 |
| Rebuttal reports from Plaintiff's expert witnesses under FRCP 26(a)(2) for use in support of class certification | Friday, April 5, 2024 | Monday, April 22, 2024 |

DENNIS E. DAVIS V. SYMETRA LIFE INSURANCE COMPANY
No. 2:21-cv-00533-KKE
Stip. & Joint Mot. to Modify Scheduling Order – Page 3

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101

| Event | Current Deadline (ECF 57) | Proposed Deadline |
|---|---|---|
| Deadline to file Plaintiff's opposition to Defendant's motion for summary judgment | None. | Friday, April 26, 2024 |
| Deadline to file Defendant's Reply brief in support of motion for summary judgment | None. | Friday, May 17, 2024 |
| Settlement Conference, if mediation has been requested by the parties per LCR 39.1, held no later than | Friday, May 24, 2024 | Friday, May 24, 2024 (unchanged) |
| Mediation per LCR 39.1, if requested by the parties, held no later than | Friday, June 28, 2024 | Friday, June 28, 2024 (unchanged) |

The Parties expect that the proposed schedule will narrow the issues and discovery remaining, if any, for trial. In accordance with this Court's October 10, 2023, Order (ECF No. 57), the Parties request that all other case deadlines be determined after the Court's issuance of its decision on Plaintiff's motion for class certification. Accordingly, the Parties respectfully ask that the Court enter the above stipulated schedule.

DENNIS E. DAVIS V. SYMETRA LIFE INSURANCE COMPANY
No. 2:21-cv-00533-KKE
Stip. & Joint Mot. to Modify Scheduling Order – Page 4

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101

Dated this 20th day of March, 2024

| | |
|---|---|
| **TOUSLEY BRAIN STEPHENS PLLC** | **WILLKIE FARR & GALLAHER LLP** |
| By: /s/ *Rebecca L. Solomon* <br>Kim D. Stephens, P.S., WSBA #11984<br>Rebecca L. Solomon, WSBA #51520<br>1200 Fifth Avenue, Suite 1700<br>Seattle, Washington 98101<br>Tel: 206-682-5600<br>Fax: 206-682-2992<br>kstephens@tousley.com<br>rsolomon@tousley.com | By: /s/ *Laura Geist* <br>Laura Geist, *pro hac vice*<br>Yuhan Chi, *pro hac vice*<br>Joshua Anderson, *pro hac vice*<br>Xiaolin Chen, *pro hac vice*<br>Naiara Toker, *pro hac vice*<br>One Front Street<br>San Francisco, CA 94111<br>Tel: (415) 858-7400<br>Fax: (415) 858-7599<br>Email: lgeist@willkie.com<br>Email: ychi@willkie.com<br>Email: jdanderson@willkie.com<br>Email: schen2@willkie.com<br>Email: ntoker@willkie.com |
| **STUEVE SIEGEL HANSON LLP**<br>Patrick J. Stueve (admitted *pro hac vice*)<br>Lindsay Todd Perkins (admitted *pro hac vice*)<br>Ethan M. Lange (admitted *pro hac vice*)<br>David A. Hickey (admitted *pro hac vice*)<br>460 Nichols Road, Ste. 200<br>Kansas City, MO 64112<br>Tel: 816-714-7100<br>Fax: 816-714-7101<br>stueve@stuevesiegel.com<br>perkins@stuevesiegel.com<br>lange@stuevesiegel.com<br>hickey@stuevesiegel.com | **KARR TUTTLE CAMPBELL**<br>Medora A. Marisseau, WSBA # 23114<br>701 Fifth Ave., Ste. 3300<br>Seattle, WA 98104<br>Tel: (206) 223-1313<br>Fax: (206) 682-7100<br>Email: mmarisseau@karrtuttle.com<br><br>*Counsel for Defendant SYMETRA LIFE INSURANCE COMPANY* |
| **SCHIRGER FEIERABEND, LLC**<br>John J. Schirger (admitted *pro hac vice*)<br>Joseph M. Feierabend (admitted *pro hac vice*)<br>4520 Main Street, Ste. 1570<br>Kansas City, MO 64111<br>Tel: 816-561-6500<br>Fax: 816-561-6501<br>jschirger@millerschirger.com<br>jfeierabend@millerschirger.com<br><br>*Counsel for Plaintiff DENNIS E. DAVIS* | |

DENNIS E. DAVIS V. SYMETRA LIFE INSURANCE COMPANY<br>No. 2:21-cv-00533-KKE<br>Stip. & Joint Mot. to Modify Scheduling Order – Page 5

TOUSLEY BRAIN STEPHENS PLLC<br>1200 Fifth Avenue, Suite 1700<br>Seattle, Washington 98101

# ORDER

Pursuant to the Parties' joint motion to modify scheduling order, the Parties' joint proposed schedule is adopted, as set forth below.

| Event | Proposed Deadline |
|---|---|
| Deadline to file Defendant's motion for summary judgment | Thursday, March 28, 2024 |
| Deadline to file Plaintiff's opposition to motion to exclude expert opinion (ECF 81) | Monday, April 1, 2024 (unchanged) |
| Deadline to file Defendant's Reply brief in support of motion to exclude expert opinion (ECF 81) | Monday, April 22, 2024 |
| Deadline to file Plaintiff's Reply brief in support of class certification motion and any objection to Defendant's experts | Monday, April 22, 2024 |
| Rebuttal reports from Plaintiff's expert witnesses under FRCP 26(a)(2) for use in support of class certification | Monday, April 22, 2024 |
| Deadline to file Plaintiff's opposition to Defendant's motion for summary judgment | Friday, April 26, 2024 |
| Deadline to file Defendant's Reply brief in support of motion for summary judgment | Friday, May 17, 2024 |
| Settlement Conference, if mediation has been requested by the parties per LCR 39.1, held no later than | Friday, May 24, 2024 (unchanged) |
| Mediation per LCR 39.1, if requested by the parties, held no later than | Friday, June 28, 2024 (unchanged) |

All other case deadlines will be determined after the Court issues its decision on class certification. The Parties are ordered to meet and confer within 21 days of the Court's class certification ruling and submit a joint proposed schedule for the Court's consideration.

IT IS SO ORDERED.

Dated this 21st day of March 2024

Kymberly K. Evanson
United States District Judge

DENNIS E. DAVIS V. SYMETRA LIFE INSURANCE COMPANY
No. 2:21-cv-00533-KKE
Stip. & Joint Mot. to Modify Scheduling Order – Page 6

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101