The Honorable Kymberly K. Evanson

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DENNIS E. DAVIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SYMETRA LIFE INSURANCE COMPANY,<br>Defendant. | NO. 2:21-cv-00533-KKE<br><br>**ORDER MODIFYING SCHEDULE** |

**ORDER**

Pursuant to the Parties' joint motion to modify scheduling order, the Parties' joint proposed schedule is adopted, as set forth below:

| Event | Deadline |
|---|---|
| Deadline to file Plaintiff's opposition to Defendant's motion for summary judgment | Friday, May 3, 2024 |
| Deadline to file Defendant's Reply brief in support of motion for summary judgment | Friday, May 24, 2024 |
| Settlement Conference, if mediation has been requested by the parties per LCR 39.1, held no later than | Monday, September 23, 2024 |
| Mediation per LCR 39.1, if requested by the parties, held no later than | Monday, October 28, 2024 |

ORDER MODIFYING SCHEDULE - 1
Case No. 2:21-cv-005333-KKE

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

All other case deadlines will be determined after the Court issues its decision on class certification. The Parties are ordered to meet and confer within 21 days of the Court's class certification ruling and submit a joint proposed schedule for the Court's consideration.

IT IS SO ORDERED.

Dated this 23rd day of April 2024

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

ORDER MODIFYING SCHEDULE - 2
Case No. 2:21-cv-005333-KKE

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992