UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DENNIS E. DAVIS,<br>    Plaintiff,<br> v.<br>SYMETRA LIFE INSURANCE COMPANY,<br>    Defendant. | CASE NO. C21-0533-KKE<br><br>ORDER STRIKING HEARING |

On April 26, 2024, the parties appeared at a scheduling conference where the Court and counsel discussed case scheduling and the sequence in which the Court should rule on the pending motions in this matter, including: Davis's motion to certify class (Dkt. No. 67), Symetra's motion to exclude the opinion of expert Scott J. Witt (Dkt. No. 81), and Symetra's motion for summary judgment (Dkt. No. 94). The first two motions are now ripe, and the motion for summary judgment is noted for May 24, 2024. Dkt. No. 103.

After hearing from the parties at the April 26 conference, and considering judicial economy, efficiency, and applicable authority from this circuit, the Court hereby STRIKES the hearing scheduled for May 14, 2024 (Dkt. No. 92).

The Court takes the issue of the sequencing of the pending motions under advisement and will set an omnibus hearing on the pending motions to be held after the briefing on Symetra's motion for summary judgment is complete.

ORDER STRIKING HEARING - 1

By no later than May 10, the parties are directed to meet and confer and identify five potential dates in late June and July on which the parties would be available for an in-person omnibus hearing on the pending motions. The parties should then jointly provide their list of five potential hearing dates to Courtroom Deputy Diyana Staples, at diyana_staples@wawd.uscourts.gov, who will then schedule oral argument consistent with the Court's calendar.

Dated this 30th day of April, 2024.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

ORDER STRIKING HEARING - 2