UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DENNIS E. DAVIS,<br>            Plaintiff,<br>   v.<br><br>SYMETRA LIFE INSURANCE COMPANY,<br>            Defendant. | CASE NO. C21-0533-KKE<br><br>ORDER STRIKING MOTION TO SEAL |

This matter comes before the Court on Plaintiff Dennis E. Davis's motion to seal. Dkt. No. 109. Davis filed the motion on May 3, 2024, and noted it for the same day. *Id.* The motion is titled "Plaintiff's Stipulated Motion to Seal," and states "[a]fter conferring with Defendant, Defendant Stipulates to the present motion." *Id.* at 1.

However, the motion is signed only by Davis's counsel, and it contemplates a forthcoming response from Symetra in order to comply with Local Rule 5(g)(3)(B). Dkt. No. 109 at 2 (noting Defendant "must satisfy Local Civil Rule 5(g)(3)(B) in its response to this motion."). Local Civil Rule 5(g)(3)(B) requires that a stipulated motion to seal contain a "specific statement of the applicable legal standard and the reasons for keeping a document under seal[.]" The responsibility to provide such a statement rests with the party who designated the material as confidential, which in this case is Symetra. Local Civil Rule 5(g)(3)(B). As Davis concedes, no such statement was included in the pending motion.

ORDER STRIKING MOTION TO SEAL - 1

Accordingly, the Court STRIKES Davis's motion (Dkt. No. 109).  The parties are directed to re-file the motion as a stipulation signed by both parties and containing Symetra's satisfaction of Local Civil Rule 5(g)(3)(B), or, in the alternative, Davis must note this motion in accordance with Local Civil Rule 7.[1]  In either event, to the extent the parties seek to seal material that has previously been ordered sealed in other filings, (Dkt. 109 at 1-2), the parties are directed to identify the previously sealed material with specificity.

Dated this 8th day of May, 2024.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

---

[1] The Court notes that the Local Civil Rules were updated as of April 26, 2024, including changes to this Court's noting procedures.  The rules are available on the Court's website, https://www.wawd.uscourts.gov/local-rules-and-orders.

ORDER STRIKING MOTION TO SEAL - 2