UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DENNIS E. DAVIS,<br>            Plaintiff,<br>    v.<br>SYMETRA LIFE INSURANCE COMPANY,<br>            Defendant. | CASE NO. C21-0533-KKE<br><br>ORDER GRANTING STIPULATED MOTION TO SEAL |

This matter comes before the Court on the parties' stipulated motion to maintain under seal materials submitted in support of Plaintiff's opposition to Symetra's motion for summary judgment. Dkt. No. 114. The court finds the parties have satisfied the Local Civil Rule 5(g)(3)(A) requirement to meet and confer. *See id.* at 3–4.

The parties seek to maintain under seal certain portions of Davis's opposition to Symetra's motion for summary judgment (Dkt. No. 110, sealed version at Dkt. No. 112), and an exhibit attached thereto (Dkt. No. 111, sealed version at Dkt. No. 116). The sealed information is from the deposition of Phillip Hughes, portions of which this Court has previously sealed. *See* Dkt. No. 93 at 5–6 (order sealing Dkt. No. 82-3 (sealed version at 85-2)).

Symetra "refers the Court to Symetra's [sic] supporting Phillip Hughes declarations for sealing at ECF Nos. 84 and 88 that details the basis for sealing the information in these

documents." Dkt. No. 114 at 5.  Symetra asserts "[t]he same compelling reasons the Court found for sealing applies with equal force here."  *Id.*

Because the Court has previously sealed the portions of the deposition at issue, the Court incorporates by reference the reasoning in its previous order, Dkt. No. 93.  The Court there found Symetra presented compelling reasons to seal this material because its competitors "could use this information to not only improve their own product development but inform their business growth strategy in order to outcompete Symetra."  *Id.* at 6 (cleaned up).

Accordingly, the parties' stipulated motion is GRANTED.

Dated this 21st day of May, 2024.

*Kymberly K Evanson*
────────────────────────
Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION TO SEAL - 2