UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DENNIS E. DAVIS,<br>　　　　　　Plaintiff,<br>　v.<br>SYMETRA LIFE INSURANCE COMPANY,<br>　　　　　　Defendant. | CASE NO. C21-0533-KKE<br><br>ORDER ALLOWING FOR SUPPLEMENTAL BRIEFING |

The parties appeared for oral argument on several pending motions on July 17, 2024. During the hearing, Plaintiff moved for leave to provide supplemental briefing on a case cited by Symetra at oral argument that did not appear in Symetra's briefing, *In re Lincoln Nat'l COI Litig.*, 620 F. Supp. 3d 230 (E.D. Pa. 2022).

The Court GRANTS Plaintiff's motion. Plaintiff may file a supplemental brief, of no more than three pages, addressing the aforementioned case no later than July 24, 2024. Symetra may file a response, of no more than three pages, no later than July 31, 2024.

Dated this 18th day of July, 2024.

Kymberly K. Evanson
United States District Judge

ORDER ALLOWING FOR SUPPLEMENTAL BRIEFING - 1