The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DENNIS E. DAVIS, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

SYMETRA LIFE INSURANCE COMPANY,

    Defendant.

NO. 2:21-cv-00533-KKE

**STIPULATED MOTION AND ORDER TO STAY PROCEEDINGS**

STIPULATED MOTION AND ORDER TO STAY PROCEEDINGS
Case No. 2:21-cv-00533-KKE

Pursuant to Local Civil Rule 7(d)(1), Plaintiff Dennis E. Davis ("Plaintiff") and Defendant Symetra Life Insurance Company ("Symetra") (collectively, the "Parties") hereby stipulate and respectfully request the Court stay proceedings through and including November 4, 2024, so that they may conduct a mediation scheduled for October 15, 2024 in New York, New York before the Honorable Layn Phillips. Specifically, the Parties stipulate and respectfully request that the Court hold the following motions in abeyance until November 4, 2024: (1) Plaintiff's Motion for Class Certification (Doc. 61); (2) Symetra's Motion to Exclude Opinion of Expert Scott J. Witt (Doc. 81) and (3) Symetra's Motion for Summary Judgment (Doc. 94).

Courts have "broad discretion" to stay proceedings. *Xirsi v. United States Dep't of State*, No. 2:23-CV-00699-KKE, 2024 WL 756016, at *1 (W.D. Wash. Feb. 23, 2024) (quoting *Clinton v. Jones*, 520 U.S. 681, 706 (1997)). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Id.* (quoting *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936)); *see also* Fed. R. Civ. P. 1.

With additional time, this case may be resolved without the need of further judicial intervention, which would conserve the resources of the Parties and the Court by allowing the Parties to focus on potential settlement discussions. In light of the upcoming scheduled mediation, the Parties therefore respectfully request that this Court stay the case and hold the following motions in abeyance until November 4, 2024: (1) Plaintiff's Motion for Class Certification (Doc. 61); (2) Symetra's Motion to Exclude Opinion of Expert Scott J. Witt (Doc. 81) and (3) Symetra's Motion for Summary Judgment (Doc. 94).

| | | |
|---|---|---|
| 1 | DATED September 17, 2024 | Respectfully submitted, |
| 2 | | |
| 3 | **TOUSLEY BRAIN STEPHENS PLLC** | **WILLKIE FARR & GALLAHER LLP** |
| 4 | By: */s/ Kim D. Stephens, P.S.* | By: */s/ Laura Geist* |

TOUSLEY BRAIN STEPHENS PLLC

By: */s/ Kim D. Stephens, P.S.*
Kim D. Stephens, P.S., WSBA #11984
Rebecca L. Solomon, WSBA #51520
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Tel: (206) 682-5600
Fax: (206) 682-2992
kstephens@tousley.com
rsolomon@tousley.com

**STUEVE SIEGEL HANSON LLP**
Patrick J. Stueve (admitted *pro hac vice*)
Lindsay Todd Perkins (admitted *pro hac vice*)
Ethan M. Lange (admitted *pro hac vice*)
David A. Hickey (admitted *pro hac vice*)
460 Nichols Road, Suite 200
Kansas City, MO 64112
Tel: (816) 714-7100
Fax: (816) 714-7101
stueve@stuevesiegel.com
perkins@stuevesiegel.com
lange@stuevesiegel.com
hickey@stuevesiegel.com

**SCHIRGER FEIERABEND, LLC**
John J. Schirger (admitted *pro hac vice*)
Joseph M. Feierabend (admitted *pro hac vice*)
4520 Main Street, Suite 1570
Kansas City, MO 64111
Tel: (816) 561-6500
Fax: (816) 561-6501
jschirger@millerschirger.com
jfeierabend@millerschirger.com

*Counsel for Plaintiff, Dennis E. Davis*

**WILLKIE FARR & GALLAHER LLP**

By: */s/ Laura Geist*
Laura Geist, *pro hac vice*
Yuhan Chi, *pro hac vice*
Joshua Anderson, *pro hac vice*
Naiara Toker, *pro hac vice*
One Front Street
San Francisco, CA 94111
Tel: (415) 858-7400
Fax: (415) 858-7599
lgeist@willkie.com
ychi@willkie.com
jdanderson@willkie.com
schen2@willkie.com
ntoker@willkie.com

**KARR TUTTLE CAMPBELL**
Medora A. Marisseau, WSBA #23114
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
Tel: (206) 223-1313
Fax: (206) 682-7100
mmarisseau@karrtuttle.com

*Counsel for Defendant, Symetra Life Insurance Company*

STIPULATED MOTION AND ORDER TO STAY
PROCEEDINGS - 2
Case No. 2:21-cv-00533-KKE

**ORDER**

The Court GRANTS the parties' stipulated motion (Dkt. No. 128) and STAYS this matter until November 4, 2024.

The clerk is directed to TERMINATE (1) Plaintiff's motion for class certification (Dkt. No. 67), (2) Symetra's motion to exclude opinion of expert Scott J. Witt (Dkt. No. 81), and (3) Symetra's motion for summary judgment (Dkt. No. 94). Upon the moving party's filing of a notice of intent to reactivate any motion, on or after November 4, 2024, the clerk shall reactivate that motion.

Dated this 17th day of September, 2024.

Kymberly K. Evanson
United States District Judge