1

2

3

4

5

6

7

8

9

10

11

12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DENNIS E. DAVIS,

                    Plaintiff(s),

        v.

SYMETRA LIFE INSURANCE
COMPANY,

                    Defendant(s).

CASE NO. C21-0533-KKE

ORDER DENYING MOTION FOR
PRELIMINARY APPROVAL OF CLASS
ACTION SETTLEMENT

13

14

15

16

17

18

19

        The Court has reviewed Plaintiff's unopposed motion for preliminary approval of class

action settlement, along with the proposed notice to class members.  Dkt. Nos. 130, 130-2.  The

Court observes that the proposed notice does not identify any cap on Class Counsel's costs and

expenses to be reimbursed from the Settlement Fund, although a blank is left for that amount.  *See*

Dkt. No. 130-2 at 7.  The Court declines to grant the unopposed motion without that amount filled

in, or without an explanation as to why it should not be filled in.  Accordingly, the Court DENIES

the unopposed motion (Dkt. No. 130) without prejudice to refiling in accordance with this order.

20

        Dated this 30th day of January, 2025.

21

22

23

Kymberly K. Evanson
United States District Judge

24

ORDER DENYING MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT - 1